THE FAIRMOUNT HOSPITAL, INC., APPELLANT, v. STATE
BOARD OF TAX APPEALS ET AL., RESPONDENTS.

Argued May 22, 1939—Decided September 22, 1939.

For the respondents, *A. Leon Kohlreiter.*

For the appellant, *Ward & McGinnis.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 14.

*For reversal*—None.